EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                        | Queja          |
|                               |                |
| Manuel E. Romeu Fernández     | 2003 TSPR 94   |
|                               |                |
|                               | 159 DPR ____   |

Número del Caso: AB-1997-66

Fecha: 30/abril/2003

Oficina del Procurador General:
Lcda. Sylvia Roger Stefani
Procuradora General Auxiliar

Lcda. Rosana Márquez Valencia
Procuradora General Auxiliar

Abogado de la Parte Querellada:
Por Derecho Propio

Materia: Conducta Profesional
(La suspensión es efectiva a partir del 6 de mayo de 2003, fecha en que se le notificó al abogado de su suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Manuel E. Romeu Fernández

AB-1997-66

PER CURIAM

San Juan, Puerto Rico, a 30 de abril de 2003.

I

El 16 de octubre de 2002 emitimos una Resolución concediéndole al Lcdo. Manuel E. Romeu Fernández y a otros un término de treinta días para informar el estado procesal de un caso suyo ante el Tribunal de Primera Instancia, Sala Superior de San Juan. El licenciado Romeu Fernández desatendió dicha Resolución y no compareció ante nos como se le había ordenado.

El 30 de diciembre de 2002 emitimos una segunda Resolución, notificada personalmente, mediante la cual le concedimos cinco días a Romeu Fernández para que mostrara causa por la cual no debía ser sancionado por no haber cumplido con la referida Resolución del 16 de octubre de 2002.

Al día de hoy Romeu Fernández tampoco ha atendido nuestra Resolución del 30 de diciembre de 2002.

II

Reiteradamente hemos señalado que los abogados tienen la ineludible obligación de responder diligentemente a nuestras órdenes y requerimientos. Hemos hecho claro que la indiferencia del abogado al no atender nuestros requerimientos u órdenes acarrea la imposición de severas sanciones disciplinarias. In re: Fernández Pacheco, res. el 21 de noviembre de 2000, 152 D.P.R. ___ (2000), 2000 TSPR 184, 2000 JTS 195; In re: Corujo Collazo, res. el 23 de diciembre de 1999, 149 D.P.R. ___ (2000), 99 TSPR 191, 2000 JTS 8; In re: Ron Menéndez, res. el 24 de agosto de 1999, 149 D.P.R. ___ (1999), 99 TSPR 133, 99 JTS 139; In re: López López, 12 de agosto de 1999, 149 D.P.R. ___ (1999), 99 TSPR 126, 99 JTS 131.

En el caso de autos el licenciado Romeu Fernández ha hecho caso omiso de nuestras Resoluciones del 16 de octubre y del 30 de diciembre de 2002. Es evidente que el licenciado Romeu Fernández no tiene ninguna disposición de cumplir con nuestras órdenes y requerimientos.

Por todo lo antes expuesto, se suspende inmediata e indefinidamente al Lcdo. Manuel E. Romeu Fernández del ejercicio de la profesión de abogado y hasta que otra cosa disponga el Tribunal.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá certificarnos en treinta días del cumplimiento de estos deberes.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Manuel E. Romeu Fernández

AB-1997-66

SENTENCIA

San Juan, Puerto Rico, a 30 de abril de 2003.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se suspende inmediata e indefinidamente del ejercicio de la abogacía al Lcdo. Manuel E. Romeu Fernández y hasta que otra cosa disponga el Tribunal.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá certificarnos en treinta días del cumplimiento de estos deberes.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Hernández Denton no intervinieron.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo